# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Ricky R. Schuh, | ) | |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Doug Burgum et al., | ) | |
| | ) | Case No. 1:22-cv-026 |
| Defendants. | ) | |

On March 16, 2022, plaintiff filed a motion requesting that the court order the United States Marshal to serve defendants with copies of his complaint pursuant to Fed. R. Civ. P. 4(c)(3). (Doc. No. 8).

Plaintiff is an inmate at the North Dakota State Penitentiary. The Prison Litigation Reform Act of 1995 ("PLRA") requires the court to conduct an in initial screening of his complaint in order to ascertain whether he asserted any cognizable claims. 28 U.S.C. § 1915A. The court has yet to complete its initial screening of plaintiff's complaint. Consequently, it will not direct that service the Marshals Service to effectuate service of plaintiff's complaint at this time. Plaintiff's motion (Doc. No. 8) is therefore **DENIED** without prejudice.

.    **IT IS SO ORDERED.**

Dated this 16th day of March, 2022.

                                              */s/ Clare R. Hochhalter*
                                              Clare R. Hochhalter, Magistrate Judge
                                              United States District Court